**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 13, 2012

Mr. Eric Allan Buikema
Cardelli, Lanfear & Buikema
322 W. Lincoln Avenue
Royal Oak, MI 48067

Mr. Steven Woodward
7211 Brittwood Lane
Flint, MI 48507

Re: Case Nos. 12-1128/12-1584/12-1585/12-1738,
*American University of Antigua v. Steven Woodward*
Originating Case No. : 2:10-cv-10978

Dear Sir or Madam,

The briefing schedule listed below gives you the opportunity to present your issues to the court in your own words. You may follow these requirements or use the simplified briefing form which is enclosed. It is very important to mail your brief and serve opposing counsel by the deadline. Under the appellate rules, the mailing date is also the filing date and if the brief is filed late, the case is at risk of being dismissed for want of prosecution.

(Appellant's Brief already filed in
12-1128.)

Appellant's Brief                           1 signed original
for case numbers 12-1584/12-1585            Limit of 30 pages or 14,000 words
and 12-1738                                 Mailed by **July 26, 2012**

For most appeals, the Court will access directly the electronic record in the district court. Include, in an addendum in the principal brief, a designation of relevant district court documents, identifying each document by record entry number and a succinct description.

However, if any relevant documents, such as the complaint or indictment, are not available electronically, the parties <u>must</u> file an electronic appendix with the briefs. To determine if this

appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

| | |
|---|---|
| Appellee's Brief (in response to all 4 cases) Appendix (if required by 6th Cir. R. 30(a) and (c)(2)) | Filed electronically by **August 28, 2012** |
| Appellant's Reply Brief (Optional Brief) | Mailed **17** days after the appellee's brief |

    If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief.

        Sincerely yours,

        s/Linda M. Niesen
        Case Manager
        Direct Dial No. 513-564-7038