UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: 12-1738     Case Manager: _____

Case Name: American Univ of Antigua vs. Steven Woodward

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

American University of Antigua

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice
■ Appellee     ☐ Respondent    ☐ Intervenor          Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ■

Name: Eric A. Buikema     Admitted: May 25, 2012
(Sixth Circuit admission date only)

Signature: _____

Firm Name: Cardelli Lanfear & Buikema

Business Address: 322 W. Lincoln

Suite: _____     City/State/Zip: Royal Oak, MI 48067

Telephone Number: (Area Code) 248-544-1100     Fax: 248-544-1191

---

**CERTIFICATE OF SERVICE**

I certify that on June 12, 2012 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Kathy Zalewski

---